UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RANDOLPH SMIROLDO,

  Plaintiff,

v.                                CASE NO.: 3:17-CV-1035-TJC-PDB

CALIBER HOME LOANS INC.,

  Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Randolph Smiroldo, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Randolph Smiroldo, and Defendant, Caliber Home Loans, Inc., have reached a settlement with regard to this case, and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

      /s/ Jared M. Lee
Jared M. Lee, Esquire
Florida Bar No.: 0052284
Morgan & Morgan, Tampa, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Tele: (407) 420-1414
Fax: (407) 245-3485
JLee@ ForThePeople.com
MHoilett@ForThePeople.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE:**

I HEREBY CERTIFY on January 25, 2018, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Jacksonville Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Steven J. Brotman, Esquire
Douglas Goldin, Esquire
Locke Lord LLP
525 Okeechobee Blvd., Suite 1600
West Palm Beach, FL 33401
Tel: 561-820-0214
Fax: 561-828-5994
steven.brotman@lockelord.com
doug.goldin@lockelord.com
*Counsel for Defendant Caliber Home Loans Inc.*

　　　　　　　　　　　　　　　　　　　　*/s/ Jared M. Lee*
　　　　　　　　　　　　　　　　　　　　Jared M. Lee, Esquire