# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RANDOLPH SMIROLDO,

    Plaintiff,

v.                                         Case No.   3:17-cv-1035-J-32PDB

CALIBER HOME LOANS, INC.,

    Defendant.

## **O R D E R**

Upon review of Joint Stipulation of Dismissal With Prejudice (Doc. 20), filed on February 22, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of February, 2018.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record